```
                                                          FILED
         UNITED STATES DISTRICT COURT               U.S. DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF TENNESSEE        MIDDLE DISTRICT OF TENN.
              NASHVILLE DIVISION                      JUN 0 7 2021
                                                    BY_____/s/_____
UNITED STATES OF AMERICA        )                        DEPUTY CLERK
                                )       NO. 3:21-00095
     v.                         )
                                )       18 U.S.C. § 922(g)(1)
                                )       18 U.S.C. § 924
ALEXANDER FRIEDMANN             )
```

# INDICTMENT

THE GRAND JURY CHARGES:

Beginning at least as early as August 29, 2019 and continuing through March 21, 2020, in the Middle District of Tennessee, **ALEXANDER FRIEDMANN**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a North American Arms .22 revolver; a North American Model 22LR .22 pistol bearing serial number B59527; a Doubletap Defense LLC model DoubleTap 9mm pistol; a Ruger model LCR .38 caliber revolver; a Keltec model Sub-2000, 9mm caliber rifle bearing serial number EDV96; a Keltec model Sub-2000, 9mm caliber rifle bearing serial number ERV89; a Keltec model CP33 .22 caliber pistol; a Kivaari .338 caliber rifle; a Glock model 19 Gen 4 9mm pistol; a Glock model 19 9mm pistol; a Glock model 23 .40 caliber pistol; a Glock model 26 9mm pistol; a Glock model 27 .40 caliber pistol; a Henry Repeating Arms model U.S. Survival .22 LR caliber rifle; a Ruger model MKIII pistol bearing serial number 271-72237; a Ruger model MKIII pistol bearing serial number 271-88334; a Smith and Wesson model Bodyguard .38 revolver; a KAOS 37mm launcher; a Mossburg model 9200 12 gauge shotgun; a Keltec model KSG, 12 gauge shotgun; a Galil ACE SAR 7.62x39mm rifle bearing serial number G0003165; a Galil ACE SAR 7.62x39mm rifle bearing serial number G0007884; a Galil ACE SAR 5.56x45mm rifle; a Nemesis Arms model Vanquish .308 caliber rifle; and a Zastava Arms

model PAP M92 7.62x39mm pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of this Indictment, **ALEXANDER FRIEDMANN** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including a North American Arms .22 revolver; a North American Model 22LR .22 pistol bearing serial number B59527; a Doubletap Defense LLC model DoubleTap 9mm pistol; a Ruger model LCR .38 caliber revolver; a Keltec model Sub-2000, 9mm caliber rifle bearing serial number EDV96; a Keltec model Sub-2000, 9mm caliber rifle bearing serial number ERV89; a Keltec model CP33 .22 caliber pistol; a Kivaari .338 caliber rifle; a Glock Model 19 Gen 4 9mm pistol; a Glock Model 19 9mm pistol; a Glock Model 23 .40 caliber pistol; a Glock Model 26 9mm pistol; a Glock Model 27 .40 caliber pistol; a Henry Repeating Arms model U.S. Survival .22 LR caliber rifle; a Ruger model MKIII pistol bearing serial number 271-72237; a Ruger model MKIII pistol bearing serial number 271-88334; a Smith and Wesson model Bodyguard .38 revolver;

a KAOS 37mm launcher; a Mossburg Model 9200 12 gauge shotgun; a Keltec model KSG, 12 gauge shotgun; a Galil ACE SAR 7.62x39mm rifle bearing serial number G0003165; a Galil ACE SAR 7.62x39mm rifle bearing serial number G0007884; a Galil ACE SAR 5.56x45mm rifle; a Nemesis Arms Model Vanquish .308 caliber rifle; and a Zastava Arms model PAP M92 7.62x39mm pistol, and any related ammunition to any of the above described firearms.

A TRUE BILL



FOREPERSON

MARY JANE STEWART
ACTING UNITED STATES ATTORNEY

ROBERT E. MCGUIRE
ASSISTANT UNITED STATES ATTORNEY