# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS | ) CASE NO. 3:21-CR-95 |
| | ) JUDGE TRAUGER |
| ALEXANDER FRIEDMANN | ) |

## JOINT MOTION FOR STATUS ON PRE-SENTENCE REPORT

Comes now the Defendant, Mr. Alexander Friedmann, by and through undersigned Counsel of record, Mr. Manuel B. Russ, and the United States of America, represented by Mr. Robert McGuire, and motion the Court to set this matter for a status on the progress of the presentence report and interview process.

Respectfully Submitted,

| | |
|---|---|
| /s/ Manuel B. Russ | /s/ Robert McGuire |
| Manuel B. Russ    #23866 | Robert McGuire |
| Attorney for the Defendant | Attorney for the United States of America |
| 340 21st Avenue North | 719 Church Street |
| Nashville, TN  37203 | Nashville, TN  37203 |
| (615) 329-1919 | (615) 736-5151 |

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 9th day of September, 2022, a true and exact copy of the foregoing Notice has been delivered, via the Court's electronic filing system to Mr. Robert McGuire of the United States Attorney's Office, US Courthouse, 719 Church Street, Nashville, TN  37203.

/s Manuel B. Russ
MANUEL B. RUSS

1