> Motion GRANTED.
> A status hearing is set for 9/28/2022 at 1:00 p.m.
>
> /s/ Judge Trauger

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS** ) | **CASE NO. 3:21-CR-95** |
| ) | **JUDGE TRAUGER** |
| **ALEXANDER FRIEDMANN** ) | |

### JOINT MOTION FOR STATUS ON PRE-SENTENCE REPORT

Comes now the Defendant, Mr. Alexander Friedmann, by and through undersigned Counsel of record, Mr. Manuel B. Russ, and the United States of America, represented by Mr. Robert McGuire, and motion the Court to set this matter for a status on the progress of the presentence report and interview process.

Respectfully Submitted,

/s/ Manuel B. Russ
Manuel B. Russ    #23866
Attorney for the Defendant
340 21st Avenue North
Nashville, TN  37203
(615) 329-1919

/s/ Robert McGuire
Robert McGuire
Attorney for the United States of America
719 Church Street
Nashville, TN  37203
(615) 736-5151

### CERTIFICATE OF SERVICE

I do hereby certify that on this the 9th day of September, 2022, a true and exact copy of the foregoing Notice has been delivered, via the Court's electronic filing system to Mr. Robert McGuire of the United States Attorney's Office, US Courthouse, 719 Church Street, Nashville, TN  37203.

/s Manuel B. Russ
MANUEL B. RUSS

1