UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-95 |
| | ) | |
| ALEXANDER FRIEDMAN | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. **Alexander Friedmann**, **DOB: XX/XX/1969**, **TDOC # 135616,** is in due form and process of law, confined in the custody of the Tennessee Department of Corrections, Riverbend Maximum Security Institution, 7475 Cockrill Bend Boulevard, Nashville, TN 37209.

2. Said individual has been charged pursuant to an Indictment in Case Number 3:21-CR-95 and is needed for an Evidentiary Hearing before Judge Aleta Trauger for the Middle District of Tennessee scheduled for **September 28th, 2022 at 1:00 P.M,** A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

Dated: September 12th, 2022

                                               *s/*__Manuel B. Russ__
                                               340 21st Avenue North,
                                               Nashville, TN 37203,
                                               BPR#23866
                                               Attorney for the Defendant

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   United States Marshal, Middle District of Tennessee
        Nashville; Tennessee Department of Corrections, Riverbend Maximum Security Institution,
        7475 Cockrill Bend Boulevard, Nashville, TN 37209. The Petition is GRANTED.

The Defendant's request for a Writ of Habeas Corpus Ad Prosequendum is GRANTED, and it is hereby ordered that **Alexander Friedmann**, **DOB: XX/XX/1969**, **TDOC #135616,** who currently is confined in the custody of the Tennessee Department of Corrections, Riverbend Maximum Security Institution, 7475 Cockrill Bend Boulevard, Nashville, TN 37209, shall be transferred to the custody of the United States Marshal and produced for a Evidentiary Hearing on **September 28th, 2022, at 1:00 P.M.** The Defendant shall be immediately transferred back to state custody at the conclusion of the September 28th, 2022, hearing. The defendant's appearance in this Court shall not interfere with any proceedings currently scheduled for the defendant in any state criminal case.

WITNESS, the Honorable Aleta Trauger, United States District Judge, Middle District of Tennessee.

DATED:

                                                   By: _____
                                                          Aleta Trauger
                                                          United States District Judge