UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:21-cr-95

UNITED STATES OF AMERICA

V.

ALEXANDER FRIEDMANN

(list each defendant appearing at hearing)

Judge: Trauger

Hearing Date: September 28, 2022

Location: ☒ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Roxann Harkins

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Robert McGuire

Defense Attorney(s): Ben Russ

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☒
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Counsel for all parties present. Defendant present and in custody. Counsel announced that the defendant is on track to be sentenced in January 2023. His state court sentence is scheduled for 10/6/2022.

Total Time in Court: 5 minutes

Clerk of Court
by: Debby Sawyer